| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **William H. Brownstein**<br>**William H. Brownstein & Associates, P.C.**<br>**1250 Sixth Street**<br>**Suite 205**<br>**Santa Mnica, California  90401-1637**<br>Phone: **(310) 458-0048**       Fax:  **(310) 576-3581**<br>California State Bar Number:<br>☐  *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Joy Investment Group LLC**<br><br><div align="right">Debtor.</div> | CASE NO.:<br><br>CHAPTER:   **11**<br><br>ADV. NO.: |
|---|---|

# ELECTRONIC FILING DECLARATION
# (CORPORATION/PARTNERSHIP)

☐   Petition, statement of affairs, schedules or lists            Date Filed: _____
☐   Amendments to petition, statement of affairs, schedules or lists   Date Filed: _____
☐   Other: _____                    Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.


_____          **3/28/2011**_____
*Signature of Authorized Signatory of Filing Party*          Date

**Jay No**_____
*Printed Name of Authorized Signatory of Filing Party*

**Member**_____
*Title of Authorized Signatory of Filing Party*


### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.


This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

_William H Brownstein_

_____
*Signature of Attorney for Filing Party*

**3/28/2011**
_____
Date

**William H. Brownstein**
_____
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Joy Investment Group LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):<br>**33-1081509, California Corporations Number 200333710004** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**332 S. Virgil Street**<br>**Los Angeles, CA**<br>ZIP CODE **90020** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1410 S. Olive Street**<br>**Los Angeles, CA**<br>ZIP CODE **90015** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**332 S. Virgil Street, Los Angeles, CA**<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☑ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☑ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (1/08)

| | | | |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Joy Investment Group LLC**

| **Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **Central Distirct of California** | Case Number:<br>**2:01-bk-31616 SB** | Date Filed:<br>**07/07/2001** |
| Location<br>Where Filed: **Central District of California** | Case Number:<br>**2:09-bk-17971 PC** | Date Filed:<br>**04/09/2009** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable**<br>_____<br>   Signature of Attorney for Debtor(s)            Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>❑   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>❑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Form B1 (Official Form 1)(4/10)    9010[Official Form 1] District of California

| Voluntary Petition | FORM B1, Page 3 |
|---|---|
| *(This page must be completed and filed in every case)* | Name of Debtor(s)<br>Joy Investment Group LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable_____
Signature of Debtor

X __Not Applicable_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X __Not Applicable_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X *William H Brownstein* _____
Signature of Attorney for Debtor(s)

**William H. Brownstein**
Printed Name of Attorney for Debtor(s)

**William H. Brownstein & Associates, P.C.**
Firm Name

**1250 Sixth Street Suite 205**
Address

**Santa Mnica, California  90401-1637**

**(310) 458-0048**         **(310) 576-3581**
Telephone Number

**3/28/2011**
Date                    Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X __Not Applicable_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jay No**
Signature of Authorized Individual

**Jay No**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**3/28/2011**
Date

## STATEMENT OF RELATED CASES

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2

## UNITED STATES BANKRUPTCY COURT,CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Ahron Zilberstein, Case No. 2:01-bk-31616 SB**

**Joy Investment Group, LLC.**

**Case No. 2:01-bk-17971 PB**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Joy Investment Group, LLC**

**Case No. 2:09-bk-17971 PC**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Santa Monica, CA** , California. **/s/ Jay No**

Debtor

Dated **3/28/2011**

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 1015-2.1**

# United States Bankruptcy Court

## Central District of California

In re:

Joy Investment Group LLC

Case No. _____

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

"I, **Jay No**, declare under penalty of perjury that I am one of the general partners of **Joy Investment Group LLC** a **California** partnership, that **Jay No, Member, Yong Ku Yi, Member, Yoon Sik Oh, Member** are all of the other general partners, and that all general partners have authorized me to file a voluntary petition commencing a chapter  11 voluntary bankruptcy case on behalf of the partnership."

Executed on:  **3/28/2011** _____

Signed:    **/s/ Jay No** _____
           **Jay No**

Form B4 (Official Form 4) - (12/07)                                    2007 USBC, Central District of California

<table>
<tr><td colspan="2" align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
</td></tr>
<tr><td>

In re:   **Joy Investment Group LLC**

Debtor(s).
</td><td>

CHAPTER:   **11**

CASE NO.:
</td></tr>
</table>

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **Braum-Lalehzarzadeh Living Trust** <br> **2029 Century Park East, Suite 900** <br> **Los Angeles, Califomia 90067** | | **Deed of Trust** | **CONTINGENT** <br> **UNLIQUIDATED** <br> **DISPUTED** | **$2,519,969.49** <br><br> **SECURED VALUE:** <br> **$2,100,000.00** |
| **1031 TAX DEFERRED EXCHANGE, INC.** <br> **3660 WILSHIRE BLVD #108** <br> **LOS ANGELES CA 90010** | | **Second Deed of Trust** | | **$525,260.27** <br><br> **SECURED VALUE:** <br> **$2,100,000.00** |
| **One West Bank** <br> **Quality Loan Service Corp.** <br> **2141 5th Avtnue** <br> **SM Diego, CA 92101** | | **Note secured by 1st** <br> **Deed of Trust** | | **$448,750.00** <br><br> **SECURED VALUE:** <br> **$76,250.00** |
| **Mirae Bank** <br> **3265 Wilshire Bl** <br> **Los Angeles, CA  90010** | | | | **$300,000.00** |
| **Asiana Capital Inc** <br> **1545  Wilshire Bl #508** <br> **Los Angeles, CA  90017** | | | | **$100,000.00** |
| **Yoon Sik Oh** <br> **129 Fremont Place** <br> **Los Angeles, CA  90005** | | **Second Deed of Trust** | | **$89,727.40** <br><br> **SECURED VALUE:** <br> **$2,100,000.00** |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:    **Joy Investment Group LLC**

CHAPTER:    **11**

Debtor(s).

CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jay and Misei No Revocable Trust<br>2172 Mulefat Cir<br>Corona, CA  92882 | | Second Deed of Trust | | $81,827.87<br><br>**SECURED VALUE:**<br>**$2,100,000.00** |
| Jay H. No<br>1410 S. Olive Street<br>Los Angeles, CA  90015 | | Second Deed of Trust | | $81,821.87<br><br>**SECURED VALUE:**<br>**$2,100,000.00** |
| Yoon Sik Oh<br>129 Fremont Place<br>Los Angeles, CA  90005 | | Second Deed of Trust | | $78,227.74<br><br>**SECURED VALUE:**<br>**$2,100,000.00** |
| Sav-On Int'l Fixture Co., Inc.<br>1410 S. Olive Street<br>Los Angeles, CA  90015 | | Second Deed of Trust | | $78,054.79<br><br>**SECURED VALUE:**<br>**$2,100,000.00** |
| A-1 Welding Iron works Inc<br>9005 Miner St<br>Los Angeles, CA  90002 | | | | $65,715.00 |
| Jay and Misei No Revocable Trust<br>2172 Mulefat Cir<br>Corona, CA  92882 | | Second Deed of Trust | | $55,000.00<br><br>**SECURED VALUE:**<br>**$2,100,000.00** |

Form B4 (Official Form 4) - Continued (12/07)                                                    2007 USBC, Central District of California

|  | UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|---|
| In re:    **Joy Investment Group LLC**<br>Debtor(s). | CHAPTER:    **11**<br>CASE NO.: | |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Yoon Sik Oh**<br>**129 Fremont Place**<br>**Los Angeles, CA  90005** | | Second Deed of Trust | | **$55,000.00**<br><br>**SECURED VALUE:**<br>**$2,100,000.00** |
| **Ameripride Guard Service Inc**<br>**PO  Box 4945**<br>**Laguna Beach, CA  92652** | | | | **$35,580.25** |
| **Jay H. No**<br>**1410 S. Olive Street**<br>**Los Angeles, CA  90015** | | Second Deed of Trust | | **$35,453.15**<br><br>**SECURED VALUE:**<br>**$2,100,000.00** |
| **Yoon Sik Oh**<br>**129 Fremont Place**<br>**Los Angeles, CA  90005** | | Second Deed of Trust | | **$35,282.50**<br><br>**SECURED VALUE:**<br>**$2,100,000.00** |
| **Fujitec America Inc**<br>**19840 Hamilton Ave**<br>**Torrance, CA 90502** | | | | **$25,900.00** |
| **Tops Development/Landscape Co**<br>**18809 Calvert St**<br>**Reseda, CA  91335** | | | | **$22,271.00** |

Form B4 (Official Form 4) - Continued (12/07)                                     2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:  **Joy Investment Group LLC** | CHAPTER:  **11** |
| Debtor(s). | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **JM Communications, Inc**<br>14701 Arminta St #J<br>Van Nuys, CA  91402 | | | | $17,000.00 |
| **C.L. Concrete Constructors**<br>14746 Cobalt St<br>Sylmar, CA  91342 | | | | $16,563.93 |

## Declaration Under Penalty of Perjury
## on Behalf of a Corporation or Partnership

I, Jay No Member of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **3/28/2011**

**/s/ Jay No**

**Jay No ,Member**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**Form B6A - (12/07)**

**2007 USBC, Central District of California**

| In re | **Joy Investment Group LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **25% ownership interst in 11848 Moorpark St A Studio City, CA  91604 APN 1368·001·140** | **Co-Owner** | **J** | **$ 76,250.00** | **$ 525,000.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032** | **Fee Owner** | | **$ 137,624.20** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033** | | | **$ 137,847.60** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034** | | | **$ 62,489.70** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035** | | | **$ 137,624.20** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036** | | | **$ 137,847.60** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037** | | | **$ 254,218.10** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038** | | | **$ 137,624.20** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039** | | | **$ 137,624.20** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040** | | | **$ 163,748.90** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041** | | | **$ 137,624.20** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042** | | | **$ 137,624.20** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043** | | | **$ 242,854.50** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044** | | | **$ 137,624.20** | **$    0.00** |
| **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045** | | | **$ 137,624.20** | **$    0.00** |

**Form B6A - (12/07)**                                        2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total ➤ | **$2,176,250.00** | |
| | | | (Report also on Summary of Schedules.) | |

Form B6B - (12/07)                                                          2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Hamei Bank** | | **2,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |

Form B6B - (12/07)                                                2007 USBC, Central District of California

| In re | Joy Investment Group LLC | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19.Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22.Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.Boats, motors, and accessories. | X | | | |
| 27.Aircraft and accessories. | X | | | |
| 28.Office equipment, furnishings, and supplies. | X | | | |
| 29.Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30.Inventory. | X | | | |
| 31.Animals. | X | | | |
| 32.Crops - growing or harvested.  Give particulars. | X | | | |
| 33.Farming equipment and implements. | X | | | |
| 34.Farm supplies, chemicals, and feed. | X | | | |
| 35.Other personal property of any kind not already listed.  Itemize. | X | | | |

_1_    continuation sheets attached

**$ 2,000.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6D - (12/07)                                                    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____<br>**1031 TAX DEFERRED EXCHANGE, INC.**<br>**3660 WILSHIRE BLVD #108**<br>**LOS ANGELES CA 90010** | | | **09/21/2005**<br>**Second Deed of Trust**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045**<br><br>**Value $2,100,000.00** | | | | 525,260.27 | 525,260.27 |

12 continuation sheets attached

| | | | |
|---|---|---|---|
| | Subtotal<br>(Total of this page) ➢ | $          525,260.27 | $   525,260.27 |
| | Total<br>(Use only on last page) ➢ | $ | $ |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6D - (12/07)                                                                                      2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.    **28507**<br><br>**Braum-Lalehzarzadeh Living Trust**<br>**2029 Century Park East, Suite 900**<br>**Los Angeles, Califomia 90067**<br><br><br>**The Braum-Lalehzarzadeh Living Trus**<br>**Michael Braum**<br>**13317 Ventura Blvd, Suite H**<br>**Sherman Oaks, CA  91423** | X | | **12/01/2008**<br>**Deed of Trust**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044**<br><br>**Value  $2,100,000.00** | X | X | X | **4,619,969.49** | **2,519,969.49** |

Sheet no.  1  of  12  continuation sheets
attached to Schedule of Creditors Holding Secured
Claims



| | Subtotal(s)<br>(Total(s)) of this page) > | $    **4,619,969.49** | $**2,519,969.49** |
|---|---|---|---|
| | Total(s)<br>(Use only on last page) > | $ | $ |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6D - (12/07)                                                    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> **Jay and Misei No Revocable Trust** <br> **2172 Mulefat Cir** <br> **Corona, CA  92882** | | | **04/15/2008** <br> **Second Deed of Trust** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045** <br><br> **Value  $2,100,000.00** | | | | 81,821.87 | 81,827.87 |

Sheet no.  2 of  12 continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

Subtotal(s)    ➢   **$     81,821.87** | **$    81,827.87**
(Total(s)) of this page)

Total(s)    ➢   **$** | **$**
(Use only on last page)

(Report total also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6D - (12/07)                                                              2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ <br><br>**Jay and Misei No Revocable Trust** <br>**2172 Mulefat Cir** <br>**Corona, CA  92882** | | | **11/09/2007** <br>**Second Deed of Trust** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045** <br><br>**Value  $2,100,000.00** | | | | **55,000.00** | **55,000.00** |

Sheet no. _3_ of _12_ continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | Subtotal(s) (Total(s) of this page) ➤ | $ | **55,000.00** | $ | **55,000.00** |
|---|---|---|---|---|---|
| | Total(s) (Use only on last page) ➤ | $ | | $ | |
| | | (Report total also on Summary of Schedules) | | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) | |

Form B6D - (12/07)                                                      2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ <br><br> **Jay H. No** <br> **1410 S. Olive Street** <br> **Los Angeles, CA  90015** | | | **02/11/2008** <br> **Second Deed of Trust** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044** <br> **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045** <br><br> **Value  $2,100,000.00** | | | | **35,453.15** | **35,453.15** |

Sheet no. _4_ of _12_ continuation sheets
attached to Schedule of Creditors Holding Secured
Claims



Subtotal(s)
(Total(s)) of this page)  ➤  $ **35,453.15** $ **35,453.15**

Total(s)
(Use only on last page)  ➤  $     $

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6D - (12/07)                                                                        2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ <br><br>**Jay H. No**<br>**1410 S. Olive Street**<br>**Los Angeles, CA  90015** | | | **11/07/2005**<br>**Second Deed of Trust**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045**<br><br>**Value  $2,100,000.00** | | | | 81,821.87 | 81,821.87 |

Sheet no. _5_ of _12_ continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | Subtotal(s)<br>(Total(s)) of this page) ➤ | $ 81,821.87 | $ 81,821.87 |
|---|---|---|---|
| | Total(s)<br>(Use only on last page) ➤ | $ | $ |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6D - (12/07)                                                                    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ **Los Angeles County Tax Collector 201 No. Figueroa St. Los Angeles, CA 90012** | | | **Tax lien 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041 332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038** _____ **Value $2,100,000.00** | **X** | | | | **0.00** | **0.00** |

Sheet no. _6_ of _12_ continuation sheets
attached to Schedule of Creditors Holding Secured
Claims



| | Subtotal(s) (Total(s) of this page) ➤ | $ 0.00 | $ 0.00 |
|---|---|---|---|
| | Total(s) (Use only on last page) ➤ | $ | $ |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**Form B6D - (12/07)**                                              **2007 USBC, Central District of California**

| In re | **Joy Investment Group LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>**One West Bank**<br>**Quality Loan Service Corp.**<br>**2141 5th Avtnue**<br>**SM Diego, CA 92101** | | **J** | **Note secured by 1st Deed of Trust**<br>**25% ownership interst in 11848 Moorpark St A**<br>**Studio City, CA  91604**<br>**APN 1368·001·140**<br><br>**Value  $76,250.00** | | | | **525,000.00** | **448,750.00** |

Sheet no. <u>7</u> of <u>12</u> continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | | | |
|---|---|---|---|
| Subtotal(s)<br>(Total(s) of this page) ➤ | $ | 525,000.00 | $ | 448,750.00 |
| Total(s)<br>(Use only on last page) ➤ | $ | | $ | |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6D - (12/07)                                                                    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | 06/12/2008 | | | | 78,054.79 | 78,054.79 |
| **Sav-On Int'l Fixture Co., Inc.** **1410 S. Olive Street** **Los Angeles, CA  90015** | | | **Second Deed of Trust** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044** **332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045** **Value  $2,100,000.00** | | | | | |

Sheet no. _8_ of _12_ continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

Subtotal(s)
(Total(s) of this page) ➤ $   **78,054.79** $   **78,054.79**

Total(s)
(Use only on last page) ➤ $ $

(Report total also
on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

Form B6D - (12/07)                                                                      2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | | Case No.: | |
|-------|------------------------------|------|-----------|------|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ <br><br>**Yoon Sik Oh** <br>**129 Fremont Place** <br>**Los Angeles, CA  90005** | | | **04/15/2008** <br>**Second Deed of Trust** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044** <br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045** <br><br>**Value  $2,100,000.00** | | | | **89,727.40** | **89,727.40** |

Sheet no.  9  of  12  continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | Subtotal(s) (Total(s) of this page) ➤ | $  89,727.40 | $  89,727.40 |
|---|---|---|---|
| | Total(s) (Use only on last page) ➤ | $ | $ |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6D - (12/07)                                                              2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. ____<br><br>**Yoon Sik Oh**<br>**129 Fremont Place**<br>**Los Angeles, CA  90005** | | | **02/27/2008**<br>**Second Deed of Trust**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042**<br>_____<br>**Value  $2,100,000.00** | | | | 35,282.50 | 35,282.50 |

Sheet no. __10__ of __12__ continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

Subtotal(s) ➤
(Total(s) of this page)    | $ | 35,282.50 | $ | 35,282.50 |

Total(s) ➤
(Use only on last page)    | $ | | $ | |

(Report total also
on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

Form B6D - (12/07)                                                                          2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br>**Yoon Sik Oh**<br>**129 Fremont Place**<br>**Los Angeles, CA  90005** | | | **06/03/2008**<br>**Second Deed of Trust**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045**<br><br>**Value  $2,100,000.00** | | | | 78,227.74 | 78,227.74 |

Sheet no. _11_ of _12_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal(s)<br>(Total(s) of this page) ➤ | $ 78,227.74 | $ 78,227.74 |
| Total(s)<br>(Use only on last page) ➤ | $ | $ |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6D - (12/07)                                                                    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
| | Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>**Yoon Sik Oh**<br>**129 Fremont Place**<br>**Los Angeles, CA  90005** | | | **11/09/2008**<br>**Second Deed of Trust**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 032**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 033**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 034**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 035**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 036**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 037**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 038**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 039**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 040**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 041**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 042**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 043**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 044**<br>**332 S. Virgil Avenue, Los Angeles, CA Parcel 5501 021 045**<br><br>**Value  $2,100,000.00** | | | | **55,000.00** | **55,000.00** |

Sheet no. <u>12</u> of <u>12</u> continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | Subtotal(s)<br>(Total(s) of this page)  ➤ | $ **55,000.00** | $ **55,000.00** |
|---|---|---|---|
| | Total(s)<br>(Use only on last page)  ➤ | $ **6,260,619.08** | $**4,084,375.08** |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6E- (Rev. 04/10)                                                                            2010 USBC, Central District of California

| In re | Case No.: |
|---|---|
| **Joy Investment Group LLC** | |
| Debtor. | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏   **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏   **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏   **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏   **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏   **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏   **Deposits by individuals:** Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏   **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏   **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>1</u>  continuation sheets attached

Form B6E- (Rev. 04/10)                                                           2010 USBC, Central District of California

| In re | Joy Investment Group LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**Central Insolvency Unit**<br>**P.O. Box 21125**<br>**Philadelphia, PA  19114** | | | **Potential claim for unpaid taxes. Listed as a precaution** | | | | **0.00** | **0.00** | **$0.00** |
| Last four digits of ACCOUNT NO.<br><br>**Los Angeles County Tax Collector**<br>**225 North Hill Street**<br>**Los Angeles, CA  90012** | | | **City license** | | | | **6,716.02** | **6,716.02** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➤ (Totals of this page) | $ **6,716.02** | $ **6,716.02** | $ **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **6,716.02** | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **6,716.02** | $ **0.00** |

Form B6F (Official Form 6F)  - (Rev. 12/07)    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
| | Debtor. | (If known) | |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **A-1 Welding Iron works Inc 9005 Miner St Los Angeles, CA  90002** | | | Steel Works | | | | 65,715.00 |
| Last four digits of ACCOUNT NO. **All American Asphalt Po Box 2229 Corona, CA 92878** <br><br> **The Insco Dico Group 17780 Fitch Suite 200 Irvine, CA  92614** | | | Sub Of National Paving | | | | 5,541.93 |
| Last four digits of ACCOUNT NO. **Alpha Systems Fire Protection Inc PO Box 331027 Pacoima, CA  91333** | | | Fire Protection | | | | 4,555.00 |
| Last four digits of ACCOUNT NO. **Ameripride Guard Service Inc PO  Box 4945 Laguna Beach, CA  92652** | | | Security guard services | | | | 35,580.25 |

8    Continuation sheets attached

| | |
|---|---|
| Subtotal ➤ | $      **111,392.18** |
| Total ➤ | $ |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Aqua Mechanical Corp 12908 S. Main St Los Angeles, CA  90061** | | | Plumbing | | | | 15,099.34 |
| Last four digits of ACCOUNT NO. **Asiana Capital Inc 1545  Wilshire Bl #508 Los Angeles, CA  90017** | | | Unsecured loan | | | | 100,000.00 |
| Last four digits of ACCOUNT NO. **At & T PO Box 78230 San Francisco, CA 94107** | | | Telephone | | | | 500.00 |
| Last four digits of ACCOUNT NO. **Atlas Building Supply Co. Inc. 4207 Whiteside St Los Angeles, CA  90063** | | | Stucco Material | | | | 7,679.44 |
| Last four digits of ACCOUNT NO. **09K00785** **Beacon Concrete Inc 1597 Bluff Rd Montebello, CA 90640** | | | Sued. 4-29-09 Hearing | | X | X | 6,948.83 |

Sheet no. 1 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 130,227.61

Total ➤ | $ |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
|---|---|---|---|
| | | Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **08S00125** <br> **Building Chief, Inc.** <br> **c/o Easy Law Construction Notices** <br> **33 E. High Street** <br> **Moorpark, CA  93421** | | | 05/08/2008 <br><br> Judgment for damages. May have been paid | | | X | 5,060.00 |
| Last four digits of ACCOUNT NO. <br> **C.L. Concrete Constructors** <br> **14746 Cobalt St** <br> **Sylmar, CA  91342** | | | | | | | 16,563.93 |
| Last four digits of ACCOUNT NO. <br> **Dasan International Corp** <br> **6459 Fleet ST** <br> **Commerce, CA 90040** | | | Window | | | | 10,000.00 |
| Last four digits of ACCOUNT NO. <br> **Dept of Water Power** <br> **PO Box 515407** <br> **Los Angeles, CA 90051** | | | Utilities | | | | 3,000.00 |
| Last four digits of ACCOUNT NO. <br> **Faucets Galore** <br> **8941 Atlanta Ave #316** <br> **Huntington Beach, CA  92646** | | | Plumbing fixtures | | | | 1,025.00 |

Sheet no.  2 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 35,648.93

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Fergunson Fire & Fabrication Inc 6905 Beck Ave North Hollywood, CA  91605** | | | Fire Material | | | | 10,272.97 |
| Last four digits of ACCOUNT NO. **Fujitec America Inc 19840 Hamilton Ave Torrance, CA 90502** | | | | | | | 25,900.00 |
| Last four digits of ACCOUNT NO. **Gagopa Glass 1250 S. Berendo St Los Angeles, CA  90006** | | | Mirror & Entry Door | | | | 2,000.00 |
| Last four digits of ACCOUNT NO. **GS Fire Technology 1680 E. Corson St Pasadena, CA 92394** | | | | | | | 5,000.00 |
| Last four digits of ACCOUNT NO. **Insco Insurance Service Inc 17780 Fitch #200 Irvine Ca 92614** | | | Grading & Street Bond | | | | 1,550.00 |

Sheet no. 3 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Subtotal ► | $ | 44,722.97 |
|---|---|---|
| Total ► | $ | |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | | Case No.: | |
|-------|------|------|------|------|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Intura Cut Inc.** **7740 Burnet Ave** **Van Nuys, CA  91405** | | | Concrete Cut | | | | 275.00 |
| Last four digits of ACCOUNT NO. **JM Communications, Inc** **14701 Arminta St #J** **Van Nuys, CA  91402** | | | Street Light | | | | 17,000.00 |
| Last four digits of ACCOUNT NO. **JNS Associate Inc** **4811 Oakwood Ave** **Los Angeles, CA  90004** | | | | | | | 700.00 |
| Last four digits of ACCOUNT NO. **John's Air Co** **12655 Imperial Hwy** **Santa Fe Springs, CA  90670** | | | | | | | 7,000.00 |
| Last four digits of ACCOUNT NO. **Kalico Construction Co** **9018 Balboa St** **Northridge, CA 91325** | | | Stucco Contract | | | | 13,000.00 |

Sheet no.  4 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢  $      37,975.00

Total ➢  $

**(Use only on last page of the completed Schedule F.**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Form B6F (Official Form 6F)  - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
|-------|------------------------------|-----------|--|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Master Painting Co** **Po Box 4304** **Diamond Bar, CA  91765** | | | Painting | | | | 15,000.00 |
| Last four digits of ACCOUNT NO. **MDI Security System Inc** **1926 Caddington Dr** **Rancho Palos Verdes, CA  90275** | | | Fire Alarm | | | | 3,000.00 |
| Last four digits of ACCOUNT NO. **Mirae Bank** **3265 Wilshire Bl** **Los Angeles, CA  90010** | | | Loan | | | | 300,000.00 |
| Last four digits of ACCOUNT NO. **National Construction Rental** **Po Box 4503** **Pacoima, CA  91333** | | | | | | | 600.00 |
| Last four digits of ACCOUNT NO. **National Paving Co. Inc** **PO Box 3649** **Riverside, CA  92519** **The Insco Dico Group** **17780 Fitch Suite 200** **Irvine, CA  92614** | | | Paving- After Bonding | | | | 11,115.07 |

Sheet no.  5 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 329,715.07 |

Total ➤  | $ | |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

**Form B6F (Official Form 6F) - (Rev. 12/07)**                                    **2007 USBC, Central District of California**

| In re | **Joy Investment Group LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **North Star Electric Co 4664 W. 3rd St #319 Los Angeles, CA  90020** | | | Electrical | | | | 5,000.00 |
| Last four digits of ACCOUNT NO. **Ok Welding Inc 8765 S. Avalon Bl Los Angeles, CA  90003** | | | Iron fence | | | | 5,000.00 |
| Last four digits of ACCOUNT NO. **Quality Striping Service Inc PO Box 4471 91747La Puente, CA** | | | Parking Lot Striping | | | | 1,475.00 |
| Last four digits of ACCOUNT NO. **Roofing USA Co 5830 Woodlawn Ave Los Angeles, CA  90003** | | | Roofing | | | | 630.00 |
| Last four digits of ACCOUNT NO. **Sanher Construction Co 12662 Arminta North Hollywood, CA  91605** | | | Water Proofing | | | | 6,900.00 |

Sheet no. _6_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $ **19,005.00**

Total > $

**(Use only on last page of the completed Schedule F.**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Form B6F (Official Form 6F)  - (Rev. 12/07)                    2007 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Southern Ca Insurance Brokerqge PO Box 758 Glendora, CA 91740** | | | Insurance | | | | 3,000.00 |
| Last four digits of ACCOUNT NO. **TKIM Associates 2500 Wilshire Bl #810 Los Angeles, CA  90057** | | | | | | | 5,000.00 |
| Last four digits of ACCOUNT NO. **Tops Development/Landscape Co 18809 Calvert St Reseda, CA  91335** | | | Landscape | | | | 22,271.00 |
| Last four digits of ACCOUNT NO. **Travelers Po Box 26385 Richmond, VA 23260** | | | Fire Insurance | | | | 2,700.00 |
| Last four digits of ACCOUNT NO. **United Traffic & Supply Co 15131 Clark Ave City Of Industry, CA  91745** | | | | | | | 558.00 |

Sheet no.  7 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal ➤ | $ | 33,529.00 |
|---|---|---|---|
| | Total ➤ | $ | |

**(Use only on last page of the completed Schedule F.**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Form B6F (Official Form 6F)  - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Joy Investment Group LLC | | Case No.: | |
|-------|--------------------------|--------|-----------|--------|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Westcoast Prof Group 5651 Dolly Ave Buena Park, CA  90621** | | | **G/Contractor** | | | | 10,000.00 |

Sheet no.  8 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 10,000.00 |
| Total ➤ | $ | 752,215.76 |

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

**Form B6G - (12/07)**                                                    **2007 USBC, Central District of California**

| In re  **Joy Investment Group LLC** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**Form B6H - (12/07)**                                                          **2007 USBC, Central District of California**

| In re | **Joy Investment Group LLC** | Case No.: | |
|-------|------------------------------|-----------|---|
| | Debtor. | | (If known) |

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
| **Jay Hun No**<br>**2172 Mulefat Cir**<br>**Corono, CA  92882-2303**<br><br>**Yong Ku Yi**<br>**3825 Sky View Ln**<br>**La Crescenta, CA  91214-1006**<br><br>**Yoon Sik Oh**<br>**129 Fremont Pl**<br>**Los Angeles, CA  90005-3868** | **Braum-Lalehzarzadeh Living Trust**<br>**2029 Century Park East, Suite 900**<br>**Los Angeles, Califomia 90067** |

Form B6 - Summary (12/07)                                    2007 USBC, Central District of California

# United States Bankruptcy Court

## Central District of California

| In re  **Joy Investment Group LLC** | Case No.: |
|---|---|
| Debtor. | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $    2,176,250.00 | | |
| B - Personal Property | YES | 2 | $    2,000.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 13 | | $    6,260,619.08 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $    6,716.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $    752,215.76 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 30 | $    2,178,250.00 | $    7,019,550.86 | |

## UNITED STATES BANKRUPTCY COURT
### Central District of California

In re:    **Joy Investment Group LLC**                                 Case No. _____

                                                                        Chapter    **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                    $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                                $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)              $ _____ **0.00**
    4.  Payroll Taxes                                                            _____ **0.00**
    5.  Unemployment Taxes                                                _____ **0.00**
    6.  Worker's Compensation                                              _____ **0.00**
    7.  Other Taxes                                                              _____ **0.00**
    8.  Inventory Purchases (Including raw  materials)          _____ **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                    _____ **0.00**
  10.  Rent (Other than debtor's principal residence)          _____ **0.00**
  11.  Utilities                                                                  _____ **0.00**
  12.  Office Expenses and Supplies                                    _____ **0.00**
  13.  Repairs and Maintenance                                          _____ **0.00**
  14.  Vehicle Expenses                                                      _____ **0.00**
  15.  Travel and Entertainment                                          _____ **0.00**
  16.  Equipment Rental and Leases                                    _____ **0.00**
  17.  Legal/Accounting/Other Professional Fees                _____ **0.00**
  18.  Insurance                                                                _____ **0.00**
  19.  Employee Benefits (e.g., pension, medical, etc.)        _____ **0.00**
  20.  Payments to Be Made Directly By Debtor to Secured Creditors For
       Pre-Petition Business Debts (Specify):

      **None**                                                              _____

  21.  Other (Specify):

      **None**                                                              _____

  22.  Total Monthly Expenses (Add items 3 - 21)                      $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $ _____ **0.00**

**Form B6 - Declaration(Rev. 12/07)**                    **2007 USBC, Central District of California**

| In re | **Joy Investment Group LLC** | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Jay No**, the **Member** of the **Partnership** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that
they are true and correct to the best of my knowledge, information, and belief.    *(Total shown on summary page plus 1)*

Date   __3/28/2011__                    Signature:   **/s/ Jay No**

                                                **Jay No Member**
                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Form B203- Disclosure of Compensation of Attorney  for Debtor- (1/88)                    1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re **Joy Investment Group LLC** <br><br> Debtor. | Case No.: <br><br> **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $         0.00 |
| Prior to the filing of this statement I have received | $      25,000.00 |
| Balance Due | $    $ 25,000.00) |

2. The source of compensation paid to me was:

   ☑ Debtor          ☑ Other (specify)      **Members of the Debtor**

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☑ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]
        **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

Form B203- Disclosure of Compensation of Attorney  for Debtor- (1/88)                    1998 USBC, Central District of California

| In re | **Joy Investment Group LLC** | Case No.: | |
|-------|------------------------------|-----------|---|
| | Debtor. | | (If known) |

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**3/28/2011**
_Date_

_Signature of Attorney_

**William H. Brownstein & Associates, P.C.**
_Name of Law Firm_

## UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re | Joy Investment Group LLC | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None ☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                     SOURCE                                      FISCAL YEAR PERIOD

## 2.  Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                     SOURCE                                      FISCAL YEAR PERIOD

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Building Chief, Inc. vs. Joy Investment Group, LLC**    **08S00125** | **Claim for damages** | **Small Claims Court 111 North Hill Street Los Angeles, CA  90012** | **Judgment for Plaintiff** |
| **Beacon Concrete Inc. vs. Sung Koo Ahn, Joy Investment Group, LLC**    **09K00785** | **Suite for money due for work performed.** | **Los Angeles Superior Court 111 N. Hill Street Los Angeles, CA  90012** | **Pending** |

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 3 - (Rev. 4/10)                                      2010 USBC, Central District of California

## 5.  Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6.  Assignments and receiverships

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.  Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☑    consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
      **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 10.  Other transfers

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑    debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
      (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑    self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑    sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
      savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
      credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
      filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑    **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
      must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations as regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Joy Investment Group LLC** | 33-1081509 | **1410 S. Olive Street Los Angeles, CA  90015** | **Development and sale of condominiums** | 11/04/2003 |

None ☑

b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Choon Taik Lim, CPA 3700 Wilshire Bouleard Suite 750 Los Angeles, CA  90010-3007** | **2006-2009** |

None ☑ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Jay H. No** | **1410 S. Olive Street**<br>**Los Angeles, CA 90015** |

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

## 21. Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|
| **Ahron Zilberstein**<br>**6360 Van Nuys Blvd., Suite 202**<br>**Van Nuys, CA 91401** | **Manager** | |
| **Jay H. No**<br>**2172 Mulefat Circle**<br>**Corona, CA 92882** | **Member** | **41.8** |
| **Yoon Sik Oh**<br>**129 Fremont Place**<br>**Los Angeles, CA 90005** | **Member** | **41.8** |
| **Youg Ku Yi**<br>**3825 Sky View**<br>**La Crescenta, CA 91215** | **Member** | **16.4** |

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

Statement of Financial Affairs (Form 7) - Page 8 - (Rev. 4/10)                    2010 USBC, Central District of California

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

## 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

● ● ● ● ● ● ● ● ●

Statement of Financial Affairs (Form 7) - Page 9 - (Rev. 4/10)                    **2010 USBC, Central District of California**

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date    <u>**3/28/2011**</u>          Signature    <u>**/s/ Jay No**</u>

                    <u>**Jay No, Member**</u>
                    Print Name and Title


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

          _____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

Form B1, Exhibit C - (9/01)                                                    2001 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

### Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:                                                          Case No.:

**Joy Investment Group LLC**                                    Chapter:   **11**
                    Debtor(s)

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

# United States Bankruptcy Court
## Central District of California

In re:  **Joy Investment Group LLC**                                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Ahron Zilberstein**<br>**6360 Van Nuys Boulevard**<br>**Suite 202**<br>**Van Nuys, CA  91401** | **Member** | | **Manager** |
| **Jay H. No**<br>**2171 Mulefat Circle**<br>**Corona, CA  92882** | **Member** | | **41.8%** |
| **Yong Ku Yi**<br>**3825 Sky View**<br>**La Crescenta, CA  91215** | **Member** | | **16.4%** |
| **Yoon Sik Oh**<br>**129 Fremont Place**<br>**Los Angeles, CA  90005** | **Member** | | **41.8%** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Jay No**, **Member** of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   __3/28/2011_____               **/s/ Jay No**_____

                                                      **Jay No, Member, Joy Investment Group LLC**
                                                      Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## United States Bankruptcy Court
## Central District of California

In re  **Joy Investment Group LLC**                              Case No.

Debtor.                                                  Chapter    **11**


# STATEMENT OF CORPORATE OWNERSHIP

Comes now **Joy Investment Group LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:


_____    All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                         **% of Shares Owned**

**None**


OR,


____**X**____  There are no entities to report.


By: _William H Brownstein_ _____

**William H. Brownstein**
Signature of Attorney

Counsel for    **Joy Investment Group LLC**
Bar no.:
Address.:    **William H. Brownstein & Associates, P.C.**
             **1250 Sixth Street**
             **Suite 205**
             **Santa Mnica, California  90401-1637**
Telephone No.: **(310) 458-0048**
Fax No.:       **(310) 576-3581**
E-mail address: **Brownsteinlaw.bill@gmail.com**

| Party Name, Address, and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| **William H. Brownstein & Associates, P.C>**<br>**1250 Sixth Street, Suite 205**<br>**Santa Monica, CA 90401**(310) 458-0048<br>**FAX: (310) 576-3581**<br>**Email: Brownsteinlaw.bill@gmail.com**<br><br>*Attorney for* **Joy Investment Group LLC** | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Joy Investment Group LLC**<br><br><br>Debtor. | CHAPTER: **11**<br><br>CASE NUMBER<br><br><br>(No Hearing Required) |
|---|---|

### VENUE DISCLOSURE FORM

### FOR PARTNERSHIPS FILING CHAPTER 11

### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1.  Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State (from Form LP1, LP5, or GP1):

    **1410 S OLIVE ST**
    **LOS ANGELES, CA 90015**

2.  Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:

    **1410 S OLIVE ST**
    **LOS ANGELES, CA 90015**

3.  Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):

    **1410 S OLIVE ST**
    **LOS ANGELES, CA 90015**
    **6360 VAN NUYS BLVD.**
    **SUITE 202**
    **LOS ANGELES, CA 91401**

4.  Disclose the current business address(es) where the Debtor's books and records are located:

    **1410 S OLIVE ST**
    **LOS ANGELES, CA 90015**

| In re | **Joy Investment Group LLC** | CHAPTER: | **11** |
|---|---|---|---|
| | Debtor. | CASE NO.: | |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor 's most recent balance sheet:

**323 S. Virgil Atreet**
**Los Angeles, CA  90015**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the Debtor (specify):

**Jay No, Member**

8. Total number of attached pages of supporting documentation: _____

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __28__ day of __March_____, 20 __11____ , at __Santa Monica_____ , California.

**Jay No**
_____
_Type Name of General Partner_

**/s/ Jay No**
_____
_Signature of Declarant_

**Member**
_____
_Title of Declarant (if any)_

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **William H. Brownstein**
Address   **William H. Brownstein & Associates, P.C.**
          **1250 Sixth Street**
          **Suite 205**
          **Santa Mnica, California  90401-1637**
Telephone **(310) 458-0048**

☒  Attorney for Debtor(s)
☐  Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Joy Investment Group LLC** | Case No.: |
| | Chapter:          **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**8**_____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **3/28/2011**                          **/s/ Jay No**
                                               Jay No ,Member


_____
William H. Brownstein, Attorney *(if applicable)*

```
Joy Investment Group LLC
1410 S. Olive Street
Los Angeles, CA  90015

William H. Brownstein
William H. Brownstein & Associates,
1250 Sixth Street
Suite 205
Santa Mnica, California  90401-1637
```

One West Bank
Quality Loan Service Corp.
2141 5th Avtnue
SM Diego, CA 92101

1031 TAX DEFERRED EXCHANGE, INC.
3660 WILSHIRE BLVD #108
LOS ANGELES CA 90010

A-1 Welding Iron works Inc
9005 Miner St
Los Angeles, CA  90002

All American Asphalt
Po Box 2229
Corona, CA 92878

Alpha Systems Fire Protection Inc
PO Box 331027
Pacoima, CA  91333

Ameripride Guard Service Inc
PO  Box 4945
Laguna Beach, CA  92652

Aqua Mechanical Corp
12908 S. Main St
Los Angeles, CA  90061

Asiana Capital Inc
1545  Wilshire Bl #508
Los Angeles, CA  90017

At & T
PO Box 78230
San Francisco, CA 94107

Atlas Building Supply Co. Inc.
4207 Whiteside St
Los Angeles, CA  90063

Beacon Concrete Inc
1597 Bluff Rd
Montebello, CA 90640

Braum-Lalehzarzadeh Living Trust
2029 Century Park East, Suite 900
Los Angeles, Califomia 90067

Building Chief, Inc.
c/o Easy Law Construction Notices
33 E. High Street
Moorpark, CA  93421

C.L. Concrete Constructors
14746 Cobalt St
Sylmar, CA  91342

Dasan International Corp
6459 Fleet ST
Commerce, CA 90040

Dept of Water Power
PO Box 515407
Los Angeles, CA 90051

Faucets Galore
8941 Atlanta Ave #316
Huntington Beach, CA  92646

Fergunson Fire & Fabrication Inc
6905 Beck Ave
North Hollywood, CA  91605

Fujitec America Inc
19840 Hamilton Ave
Torrance, CA 90502

Gagopa Glass
1250 S. Berendo St
Los Angeles, CA  90006

GS Fire Technology
1680 E. Corson St
Pasadena, CA 92394

Insco Insurance Service Inc
17780 Fitch #200
Irvine Ca 92614

Internal Revenue Service
Central Insolvency Unit
P.O. Box 21125
Philadelphiia, PA  19114

Intura Cut Inc.
7740 Burnet Ave
Van Nuys, CA  91405

Jay and Misei No Revocable Trust
2172 Mulefat Cir
Corona, CA  92882

Jay H. No
1410 S. Olive Street
Los Angeles, CA  90015

Jay Hun No
2172 Mulefat Cir
Corono, CA  92882-2303

JM Communications, Inc
14701 Arminta St #J
Van Nuys, CA  91402

JNS Associate Inc
4811 Oakwood Ave
Los Angeles, CA  90004

John's Air Co
12655 Imperial Hwy
Santa Fe Springs, CA  90670

Kalico Construction Co
9018 Balboa St
Northridge, CA 91325

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA  90012

Los Angeles County Tax Collector
201 No. Figueroa St.
Los Angeles, CA  90012

Master Painting Co
Po Box 4304
Diamond Bar, CA  91765

MDI Security System Inc
1926 Caddington Dr
Rancho Palos Verdes, CA  90275

Mirae Bank
3265 Wilshire Bl
Los Angeles, CA  90010

National Construction Rental
Po Box 4503
Pacoima, CA  91333

National Paving Co. Inc
PO Box 3649
Riverside, CA  92519

North Star Electric Co
4664 W. 3rd St #319
Los Angeles, CA  90020

Ok Welding Inc
8765 S. Avalon Bl
Los Angeles, CA  90003

Quality Striping Service Inc
PO Box 4471
91747La Puente, CA

Roofing USA Co
5830 Woodlawn Ave
Los Angeles, CA  90003

Sanher Construction Co
12662 Arminta
North Hollywood, CA  91605

Sav-On Int'l Fixture Co., Inc.
1410 S. Olive Street
Los Angeles, CA  90015

Southern Ca Insurance Brokerqge
PO Box 758
Glendora, CA 91740

The Braum-Lalehzarzadeh Living Trus
Michael Braum
13317 Ventura Blvd, Suite H
Sherman Oaks, CA  91423

The Insco Dico Group
17780 Fitch Suite 200
Irvine, CA  92614

TKIM Associates
2500 Wilshire Bl #810
Los Angeles, CA  90057

Tops Development/Landscape Co
18809 Calvert St
Reseda, CA  91335

Travelers
Po Box 26385
Richimond, VA 23260

United Traffic & Supply Co
15131 Clark Ave
City Of Industry, CA  91745

Westcoast Prof Group
5651 Dolly Ave
Buena Park, CA  90621

William H. Brownstein, Esq.
39 Rumson Road
Rumson, NJ  07760

Yong Ku Yi
3825 Sky View Ln
La Crescenta, CA  91214-1006

```
Yoon Sik Oh
129 Fremont Place
Los Angeles, CA  90005

Yoon Sik Oh
129 Fremont Pl
Los Angeles, CA  90005-3868
```

A-1 Welding Iron works Inc
9005 Miner St
Los Angeles, CA  90002


1031 TAX DEFERRED EXCHANGE, INC.
3660 WILSHIRE BLVD #108
LOS ANGELES CA 90010


One West Bank
Quality Loan Service Corp.
2141 5th Avtnue
SM Diego, CA 92101


Mirae Bank
3265 Wilshire Bl
Los Angeles, CA  90010


Asiana Capital Inc
1545  Wilshire Bl #508
Los Angeles, CA  90017


Yoon Sik Oh
129 Fremont Place
Los Angeles, CA  90005


Jay and Misei No Revocable Trust
2172 Mulefat Cir
Corona, CA  92882


Jay H. No
1410 S. Olive Street
Los Angeles, CA  90015


Braum-Lalehzarzadeh Living Trust
2029 Century Park East, Suite 900
Los Angeles, Califomia 90067

```
Sav-On Int'l Fixture Co., Inc.
1410 S. Olive Street
Los Angeles, CA  90015


C.L. Concrete Constructors
14746 Cobalt St
Sylmar, CA  91342


Jay and Misei No Revocable Trust
2172 Mulefat Cir
Corona, CA  92882


Yoon Sik Oh
129 Fremont Place
Los Angeles, CA  90005


Ameripride Guard Service Inc
PO  Box 4945
Laguna Beach, CA  92652


Jay H. No
1410 S. Olive Street
Los Angeles, CA  90015


Yoon Sik Oh
129 Fremont Place
Los Angeles, CA  90005


Fujitec America Inc
19840 Hamilton Ave
Torrance, CA 90502


Tops Development/Landscape Co
18809 Calvert St
Reseda, CA  91335
```

```
JM Communications, Inc
14701 Arminta St #J
Van Nuys, CA  91402


Yoon Sik Oh
129 Fremont Place
Los Angeles, CA  90005
```